

93 P.3d 1199

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**July 21, 2004**

| | | |
|---|---|---|
| 25676, 25677, 25678 | Evangelista v. State | Affirmed |
| 25683 | State v. Keliikoa | Affirmed |

**July 23, 2004**

| | | |
|---|---|---|
| 24825 | Job v. Pan | Reversed and Remanded |

**July 26, 2004**

| | | |
|---|---|---|
| 25624 | A Male Minor, In re | Affirmed |

**July 27, 2004**

| | | |
|---|---|---|
| 25309 | Federal Home Loan Mortg. Corp. v. Ikeda | Affirmed |

**July 28, 2004**

| | | |
|---|---|---|
| 25049 | State v. Poomaihealani | Affirmed |